## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

EZZARD HOWARD,
# B32197

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Rodger Walker JR, Director
OF the Illinois Department
OF Corrections.
Jesse Mongomery, Director oF
Parole

**08CV3476**
**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE COX**

**RECEIVED**
JUN 17, 2008
JUN 1 7 2008 T C
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

✓ _____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.   **Plaintiff(s):**

    A.   Name: _Ezzard Charles Howard_

    B.   List all aliases: _None_

    C.   Prisoner identification number: _#B32197_

    D.   Place of present confinement: _Home Electronic Monitoring (Gr.P.S.)_

    E.   Address: _4850 W. Augusta Bvid. Chi, IL 60651_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.   Defendant: _Rodger Walker Jr._

        Title: _Director of Department of Corrections_

        Place of Employment: _Illinois Department of Corrections_

    B.   Defendant: _Jesse Mongomery_

        Title: _Director of Parole (Mandatory Supervise Release)_

        Place of Employment: _Illinois Department of Corrections_

    C.   Defendant: _None_

        Title: _None_

        Place of Employment: _None_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: *People Vs. Howard 06CR0858401*

B. Approximate date of filing lawsuit: *Habeas Petition, May 29, 2007*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *NONE*

D. List all defendants. *Rodger Walker JR., Director of Illinois Department of Corrections, Jesse Mongomery, Director of parole*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *First Judicial Circuit, Criminal Division*

F. Name of judge to whom case was assigned: *Honorable Vincent M. Gaughan*

G. Basic claim made: *Wrongful Conviction*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *Habeas Petition was dismissed on June 26, 2007. Notice of Appeal was Filed August 13, 2007, Appeal denied march 20, 2008 - Post-Conviction Filed 11-5-07 pending.*

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

3.) Plaintiff States That the Illinois Department of Corrections is Forcing him to submit to a polygraph exame by Which if he does not comply his parole status would become violative as Follows:

3-1.) Plaintiff must pay $300.00 For the cost of administering the exame, and if he is unable to meet said cost he would be Terminated From Treatment for failure to comply, and would be Considered to be violating his parole and Sent to prison. regardless of being indigent and unable to meet the Financial cost

3-2.) Plaintiff is asked about his prior August 18, 1990 Conviction For which he has Served his Time of confinement, and payed his debt To society and weather or not he actually Committed The alleged offense if the polygraph exame registers a False reading Then plaintiff would be Terminated From Treatment and would be Considered to be violating his parole and sent to prison, Plaintiff will always believe he is innocent Which poses a clear 5 Conflict of interest. Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Now comes Plaintiff, Ezzard Howard, pro se and petitions This honorable court to grant his civil complaint claim pertaining to issues of his civil rights as set Fourth under Title 42 Section 1983 U.S.C., Where As, Ezzard Howard presents For review issues supporting his claim of civil rights violation, Wherefore, Plaintiff states as Follows:

1.) Ezzard Howard, was convicted of Failure To report annually on June 5, 2006 after a guilty plea and subsequently sentence To Three years in The Illinois Department of Corrections.

2.) Plaintiff was discharged on Mandatory Supervised Release on October 19, 2007, and confined to residence, his movement is solely controlled by The Illinois Department of Corrections in which he is unable to seek employment on his own.

4

3-3.) Plaintiff Further states that he is asked by polygraph examiner if there are any crimes he has committed or been accused of committing that has never been reported to the police or that he has never been prosecuted for, if the polygraph examiner registers a false reading then his parole would become violative regardless of Fifth amendment clause

4.) Plaintiff states that he signed a release of information, and that the release statement was coheres that he was told by parole agent that if he did not sign a supervisor would be notified and he would be violated for failing to comply with Treatment request.

5.) Plaintiff Further contends, that even though his conviction was 18 years ago and their has been no subsequent sexual convictions he was not allowed to attend his 18 year old daughters graduation because the state fills that their may be a posibility of minors being present, plaintiff states after inital conviction he

6

was allowed to parole home on mandatory Supervised release for 3 ½ years with his daughter. Ezzard Howard Further Contends That during his second parole August, 2001 and his Third Parole October, 2002 he was allowed To be with daughter, attend academic event during his current conviction his daughter Was allowed To visit him at Stateville correctional Center. Plaintiff Fills after all these years OF not posing a risk To daughter it violates Plaintiff Civil right For The Illinois Department OF Corrections To prevent him From attending his daughters graduation especially since They are currently allowing sexual offenders To attend movie Theaters, baseball games, Were minors Frequent, Shop at Super market, and purchase Gasoline, and shop in retail malls Plaintiff States That he is prevented From participating in This once in a life Time event because he is refusing To Take a polygraph exame.

7

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

2.) Plaintiff Request that the Court impose an Emergency Preliminary Injunction requiring The Illinois Department of Correction to cease and assist from administering polygraph exame as to such Time The court can determine The constitutionality of said Test. 2.) plaintiff be punitively compensated For not being allowed to attend daughters graduation

**VI.    The plaintiff demands that the case be tried by a jury.**   ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _13th_ day of _June_, 20 _08_

_____
(Signature of plaintiff or plaintiffs)

Ezzard CHarles HowaRD
_____
(Print name)

#B32197
_____
(I.D. Number)

4850 W. Augusta Bvid.
Chicago, IL 60651
_____
(Address)

Revised 9/2007

# CRIMINAL REGISTRATION RECEIPT

NAME: *Howard Ezzard*
ADDRESS *1807 N. Maplewood*

☐ Initial Registration $ 10.00

☐ Annual Renewal $ 5.00

☑ Fee Waived

*12 Oct 2004*
Date

*Ezzard C. Howard*
Registrant signature

*04-2020*

Registering member rank, unit, and star number

REGISTRANT

CPD-23.205 (11/97)   Original to Criminal Registration File - Yellow Copy to Registrant - Pink Copy to Finance Division



# ILLINOIS DEPARTMENT OF CORRECTIONS

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

Special Needs Unit, 3508 W. Grand Ave., Chicago, IL 60651 / (773) 292-2874 / TDD: (800) 526-0844

*INStant*

# POLYGRAPH FAQ

1. When is my polygraph scheduled for? _Thursday, June 26, 2008 @ 12:30 P_

2. At what location will I be polygraphed? **Special Needs Unit**

3. Who will I be polygraphyed by? **Conrad Polygraph, Inc. (708) 346-9895**

4. How much will this cost? **$300.00**

5. What are the forms of payment? **Cash or money order (see #3 above)**

6. How long with the test take? **Anywhere from 1 – 4 hours, normally 1 ½ hours**

7. Do I need to bring anything the day of the test? **Driver license or other picture ID**

8. Will I get a copy of the test results? **Reports can be requested by lawyers only**

9. Are there different types of polygraph tests? **History, Maintenance, Instant Offense, or Denial tests may be administered depending on where you are at in treatment.**

10. Do I have the right to refuse to take a polygraph? **Therapist will explain consequences**

11. Can I re-schedule my appointment date? **Only therapist or agent can re-schedule**

12. What if I don't have the money for the test? **Therapist will explain consequences**

13. Will there be any pain during this test? **There will be no pain during the polygraph test**

14. What if I fail any question or are deceitful? **Therapist will explain consequences**

15. Can my parole be violated due to the results? **Therapist will explain any consequences**



**ILLINOIS**
**DEPARTMENT**
**OF**
**CORRECTIONS**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

*Howard E*

Special Needs Unit, 3508 W. Grand Ave., Chicago, IL 60651 / (773) 292-2874 / TDD: (800) 526-0844

*Maintenance*

# POLYGRAPH FAQ

1. When is my polygraph scheduled for? _Thurs., May 22, 2008 @ 10:00A_

2. At what location will I be polygraphed? **Special Needs Unit**

3. Who will I be polygraphyed by? **Conrad Polygraph, Inc. (708) 346-9895**

4. How much will this cost? **$300.00**   _$200.00_

5. What are the forms of payment ? **Cash or money order (see #3 above)**

6. How long with the test take? **Anywhere from 1 – 4 hours, normally 1 ½ hours**

7. Do I need to bring anything the day of the test? **Driver license or other picture ID**

8. Will I get a copy of the test results? **Reports can be requested by lawyers only**

9. Are there different types of polygraph tests? **History, Maintenance, Instant Offense, or Denial tests may be administered depending on where you are at in treatment.**

10. Do I have the right to refuse to take a polygraph? **Therapist will explain consequences**

11. Can I re-schedule my appointment date? **Only therapist or agent can re-schedule**

12. What if I don't have the money for the test? **Therapist will explain consequences**

13. Will there be any pain during this test? **There will be no pain during the polygraph test**

14. What if I fail any question or are deceitful? **Therapist will explain consequences**

15. Can my parole be violated due to the results? **Therapist will explain any consequences**

# ACKNOWLEDGEMENT OF LIMITED CONFIDENTIALITY AND WAIVER

I, _Ezzard Howard_ , have been informed and acknowledge that have I have limited rights of confidentiality regarding my treatment in the Department of Corrections.

I understand that the purposes of this waiver are for coordinating and planning my treatment, Protecting the community from my sexually aggressive behavior, and repairing damage Perpetrated on my victims by my sexually aggressive behavior.

I consent to unrestricted communication between treatment staff and any other individual or agency with whom treatment staff judge communication is necessary in order to achieve the purposes stated above. I understand that these individuals or agencies may include, but are not limited to, the court, the victim, and Social Service Agencies.

I also understand that treatment staff are obligated under Illinois law to report acts of abuse toward children, the disabled, and the elderly. There is also a general obligation of treatment staff to inform the authorities or others if, in the professional opinion of staff, my behavior upon release presents a clear and imminent danger to either myself or other persons.

I understand that sexually aggressive behavior is criminal conduct that has serious consequences to the victim and the community. I want to control my sexually aggressive behavior, and I wish to be held fully accountable for my behavior.

I acknowledge that this waiver is signed without threat, promise or coercion and is a voluntary act on my part.

Date 2/15/08

Ezzard Howard  B32197
Signature of parolee                    Institution #

Date 2/15/08

Witness

Date _____

Witness

ILLINOIS DEPARTMENT OF CORRECTIONS
Sex Offender Treatment Program
DC710-1231

STATE OF ILLINOIS
## Prisoner Review Board Order

Facility: __Centralia Correctional Center__          Date: 11/06

Offender Name: __Howard, Ezzard__          ID# __B32197__

Clinical Services Recommendations for Release: __RECOMMENDATIONS: Submit to electronic home detention &__
__Sex offender counseling as directed by the Department of Corrections & rule #5. Anger management assessment__

Counselor: _Betty Cook CCZ_          Supervisor: _Anne Casey_
　　　　　Signature　　　　　　　　　　　　　　　　　　　Signature

### Board Action:

☐ Mandatory Supervised Release Approved Effective When Eligible
☐ Released Prior to Hearing
☐ Statutory Parole Approved

The releasee is obligated to obey the general rules governing parolees or mandatory supervised releasees and the following special order(s):

### Conditions:

1. ☐ Substance Abuse Counseling - (CD)
(To include drug and/or alcohol evaluation for need and/or completion of recommended counseling program.)

2. ☐ Anger Management Counseling - (CG)
(To include evaluation for need and/or completion of recommended counseling program.)

3. ☒ Sex Offender Counseling - (CX)
(To include evaluation for need and/or completion of recommended counseling program.)

4. ☒ Outpatient Mental Health Counseling - (CP)
(To include evaluation for need and/or completion of recommended counseling program.)

5. ☒ Electronic Monitoring - (CE) For a period of _____
(Electronic Monitoring shall not be removed prior to this time unless approved by the Prisoner Review Board. Any request for Electronic Monitoring removal shall be submitted by the Illinois Department of Corrections with a current progress report.)

6. ☒ No Victim Contact - (CT) _____

7. ☒ Other - (CO) _Sex Offender Registry_

**For the Board:**

Signature: _____          Date: __11/01/06__

Signature: _____          Date: _____

Signature: _____          Date: _____

**For use during personal interviews only:**
I hereby attest that I have been served the above noted conditions of my parole/mandatory supervised release and understand that failure to follow these conditions may result in the revocation of my parole.

Releasee's Signature: X _____          Date: __11-01-06__

Distribution:   Prisoner Review Board          DOC 0271 (Eff. 4/2005)

HOWARD, EZZARD
**NAME**

I.D. # B-32197

STATE OF ILLINOIS

TO:

## PRISONER REVIEW BOARD

BOARD ACTION:

[X] Mandatory Supervised Release Approved Effective When Eligible.

[ ] Released Prior to Hearing.

Date: 10-26-94 (NOV. DKT.)   [ ] Statutory Parole Approved.

YOU ARE OBLIGATED TO THE GENERAL RULES GOVERNING PAROLEES OR MANDATORY SUPERVISED RELEASEES
AND THE FOLLOWING SPECIAL ORDER(S).

### CONDITIONS

1   [ ]   Participate in a Drug Abuse Program.

2   [ ]   Participate in an Alcohol Abuse Program.

3   [ ]   Admit yourself to inpatient mental health treatment at a facility of the Department of Mental Health and
remain there until released by the Department of Mental Health.

4   [ ]   Submit yourself to out-patient care as prescribed by a Mental Health Clinic.

5   [X]   Report to an agent of the Department of Corrections for supervision and permit the agent to visit you at
your home or elsewhere as he directs.

6   [X]   Other: _Participate and complete Sex offender_
_program_

### FOR THE BOARD:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Clinical Services Recommendation for Release:

[ ]   No special Recommendation

[X]   Recommend _____SEX OFFENDER TREATMENT_____
be a part of the Release Agreement.

COMMENT: (Attach PCR if desired)   DUE TO NATURE OF OFFENSE

_____

_____   COUNSELOR

_____   SUPERVISOR

**DISTRIBUTION:**
   WHITE — BOARD
   CANARY — INSTITUTION FILE
   PINK — RESIDENT
   GOLDENROD — FIELD OR CLINICAL SERVICES

IL 57B-0023 (Rev. 10/91)

THE CIRCUIT COURT OF COO    OUNTY

PEOPLE OF THE STATE OF ILLINOIS )    CASE NUMBER      06CR0858401
                    V.               )    DATE OF BIRTH    10/04/62
EZZARD    HOWARD                     )    DATE OF ARREST   03/24/06
Defendant                                 IR NUMBER 0757653  SID NUMBER 024468900

### ORDER OF COMMITMENT AND SENTENCE TO
### ILLINOIS DEPARTMENT OF CORRECTIONS
=================================

The above named defendant having been adjudged guilty of the offense(s) enumerated below
is hereby sentenced to the Illinois Department of Corrections as follows:

| Count | Statutory Citation | Offense | Sentence | | Class |
|---|---|---|---|---|---|
| 001 | 730-150/6 | NOTIFICATION/NO FIXED ADD | YRS. 003 | MOS.00 | 2 |

and said sentence shall run concurrent with count(s) ___ ___ ___ ___

_____    _____    _____    YRS. _____ MOS. _____    ___
and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

_____    _____    _____    YRS. _____ MOS. _____    ___
and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

_____    _____    _____    YRS. _____ MOS. _____    ___
and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

_____    _____    _____    YRS. _____ MOS. _____    ___
and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

On Count ___ defendant having been convicted of a class __ offense is sentenced as
a class x offender pursuant TO 730 ILCS 5/5-5-3(C)(8).

On Count ___ defendant is sentenced to an extended term pursuant to 730 ILCS 5/5-8-2.

The Court finds that the defendant is entitled to receive credit for time actually served
in custody for a total credit of 0074 days as of the date of this order

IT IS FURTHER ORDERED that the above sentence(s) be concurrent with
the sentence imposed in case number(s) _____
AND: consecutive to the sentence imposed under case number(s) _____ _____ _____

IT IS FURTHER ORDERED THAT MITT TO ISSUE_____

_____

IT IS FURTHER ORDERED that the Clerk provide the Sheriff of Cook County with a copy of this Order and that the Sheriff
take the defendant into custody and deliver him/her to the Illinois Department of Corrections and that the Department take
him/her into custody and confine him/her in a manner provided by law until the above sentence is fulfilled.

DATED       JUNE 05, 2006 05 2006          ENTER: 06/05/06


CERTIFIED BY  M MIXON                       JUDGE: GAUGHAN  VINCENT        1553
              DEPUTY CLERK

GCPL 06/05/06 09:27:17                                                     CCG N305

IN RE: EZZARD HOWARD
          CASE NO. 06CR-8584

*B3297*
*Cert*

### OFFICIAL STATEMENT OF FACTS
----------------------------

ON MARCH 24, 2006 AT 5555 W. GRAND, CHICAGO,
ILLINOIS, THE DEFENDANT, EZZARD HOWARD, FAILED
TO KEEP HIS SEX OFFENDER REGISTRATION UP TO DATE.
     THE DEFENDANT HAS A PRIOR CONVICTION FOR THE
SAME THING AND A CONVICTION FOR AGGRAVATED
CRIMINAL SEX ASSAULT.
     THE DEFENDANT SHOULD BE DENIED EARLY RELEASE.

                         RICHARD A. DEVINE
                         State's Attorney of Cook County

               By:

                         LOU LONGHITANO
                         Assistant State's Attorney

**DEFENDANT'S
COPY**

NAME: *Ezzard Howard*

CASE #: *06CR-8584*

ILLINOIS DEPARTMENT OF CORRECTIONS          PAGE   1
OFFENDER TRACKING SYSTEM    RM    RUN DATE  07/07/06
VERIFICATION OF INCARCERATION          RUN TIME  14.47.39

NAME:   HOWARD, EZZARD          IDOC #:   B32197

DATE OF BIRTH:   10/04/1962     LIVING UNIT:   CEN-CEN-E5-D -06

HOLDING MITT CUSTODY DATE:                03/21/2006

DATE ENTERED DEPARTMENT OF CORRECTIONS:   06/09/2006

DATE RECEIVED AT:   CENTRALIA               06/22/2006

PROJECTED DATE OF RELEASE FROM CUSTODY:    09/21/2007

TYPE OF RELEASE:  PROJECTED MSR DATE

DESCRIPTION OF OFFENSE:

| INDICTMENT # | OFFENSE | SENTENCE YR MO DA |
|---|---|---|
| 06CR0858401 | FAILURE TO REPORT ANNUALLY/2+ | 0003 00 0000 |
| *02CR1849301 | FAIL REPORT CHANGE OF ADDRESS | 0001 00 0000 |
| *00CR2234201 | FORGERY/MAKE/ALTER DOCUMENT | 0003 00 0000 |
| 90CR22508 | AGG CRIM SEX ASSAULT/FELONY | 0007 00 0000 |

ADDITIONAL INFO ON PAGE 2

NOTE : "*" DISCHARGED MITTS

_7-7-06_
(DATE)

_Whggone_
RECORDS OFFICE SUPERVISOR

CENTRALIA                    CORR. CENTER

CC:  MASTERFILE