APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Ezzard Howard
(Please print)

STREET ADDRESS: 4850 W. Augusta Blvd.

CITY/STATE/ZIP: Chicago, Ill 60651

PHONE NUMBER: (773) 287-1276

CASE NUMBER: 08CV3476
JUDGE GETTLEMAN
MAGISTRATE JUDGE COX

Signature: Ezzard Howard
Date: June 17, 2008

FILED
JUN 17 2008 TC
Jun 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT