

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

__Ezzard Howard__
Plaintiff

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

v.

__Illinois Dept. of Corrections__
Defendant(s)   AT all

08CV3476
JUDGE GETTLEMAN
MAGISTRATE JUDGE COX

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __Ezzard Charles Howard__, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐Yes   ☒No   (If "No," go to Question 2) – __Parole__
   I.D. # __B32197__   Name of prison or jail: __Electronic Monitor (Home Confined)__
   Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount: __None__

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: __None__
   Name and address of employer: __None__

   a. If the answer is "No":
      Date of last employment: __March 24, 2006__
      Monthly salary or wages: __None__
      Name and address of last employer: __Capital Container Corp. 1917 W. Walnut Chicago, IL__

   b. Are you married?   ☒Yes   ☐No
      Spouse's monthly salary or wages: __$725.00__
      Name and address of employer: __Social Security__

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                    ☐Yes   ☒No
      Amount_____   Received by_____

*FILED JUN 17 2008 TC  JUN 17 2008  MICHAEL W. DOBBINS  CLERK, U.S. DISTRICT COURT*

b. ☐ Business, ☐ profession or ☐ other self-employment        ☐ Yes    ☒ No
Amount ___NONE___ Received by ___NONE___

c. ☒ Rent payments, ☐ interest or ☐ dividends    Paula Howard    ☒ Yes    ☐ No
Amount ___$94.00 sub.___ Received by ___Paula Howard (wife)___

d. ☐ Pensions, ☒ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
    ☒ Yes    ☐ No
Amount ___$725.00___ Received by ___Paula Howard (wife)___

e. ☐ Gifts or ☐ inheritances        ☐ Yes    ☒ No
Amount ___NONE___ Received by ___NONE___

f. ☐ Any other sources (state source: _____ )    ☐ Yes    ☒ No
Amount ___NONE___ Received by ___NONE___

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐ Yes    ☒ No    Total amount: ___NONE___
In whose name held: ___NONE___    Relationship to you: ___NONE___

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐ Yes    ☒ No
Property: ___NONE___    Current Value: ___NONE___
In whose name held: ___NONE___    Relationship to you: ___NONE___

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐ Yes    ☒ No
Address of property: ___NONE___
Type of property: ___NONE___    Current value: ___NONE___
In whose name held: ___NONE___    Relationship to you: ___NONE___
Amount of monthly mortgage or loan payments: ___NONE___
Name of person making payments: ___NONE___

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
    ☐ Yes    ☒ No
Property: ___NONE___
Current value: ___NONE___
In whose name held: ___NONE___    Relationship to you: ___NONE___

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents
___Paula Howard (Wife)___
___Phelloniece Howard (Daughter)___

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: June 11, 2008

_Ezzard Howard_
Signature of Applicant

_EZZARD HOWARD_
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution)_____.
I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_____          _____
         DATE                    SIGNATURE OF AUTHORIZED OFFICER

                                 _____
                                        (Print name)

rev. 10/10/2007

-3-