UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) *Ezzard Charles Howard,*

v.

Defendant(s) *Rodger Walker Jr., Director, Jesse Montgomery, Parole Director, Illinois Department of Corrections*

08CV3476
**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE COX**

MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, *Ezzard Charles Howard*, declare that I am the (check appropriate box)
   [✓] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:
   *Talk to Probono Attorney's, Talk to campus Attorney's, Talk to Thomas Peters Attorney's At Law, Talk to Winston and Strawn (Greg McConnel-Attorney)*

3. In further support of my motion, I declare that (check appropriate box):
   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [✓] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

*Ezzard Howard*
Movant's Signature

*June 13, 2008*
Date

*4850 W. Augusta Blvd.*
Street Address

*Chicago, IL 60651*
City, State, ZIP

**FILED**
JUN 17 2008 TC
Jun 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| | |
|---|---|
| Assigned Judge: Vincent M. Graughan | Case Number: 06CR0858461 |
| Case Title: People vs. Howard | |
| Appointed Attorney's Name: Jeffrey Walker (appellate Public Defender) | |
| If this case is still pending, please check box ✓ | |

| | |
|---|---|
| Assigned Judge: | Case Number: |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box ☐ | |

| | |
|---|---|
| Assigned Judge: | Case Number: |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box ☐ | |

| | |
|---|---|
| Assigned Judge: | Case Number: |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box ☐ | |