# United States District Court
## Northern District of Illinois
### Eastern Division

Ezzard Howard                                            **JUDGMENT IN A CIVIL CASE**

          v                                                     Case Number 08 C 3476

Roger Walker, Jr., et al

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


IT IS HEREBY ORDERED AND ADJUDGED that the Court denies plaintiff's motion for emergency injuncgtion and dismisses the complaint.




                                                                      Michael W. Dobbins,
                                                                      Clerk of Court


Date: June 23, 2008                               /s/ George Schwemin
                                                              Deputy Clerk